

# THE ATTORNEY GENERAL
## OF TEXAS

**AUSTIN 11, TEXAS**

GERALD C. MANN

ATTORNEY GENERAL

Railroad Commission of Texas
Austin, Texas

Gentlemen:

Opinion No. 0-3824
Re: Member of Legislature holding
an office in the Executive
Department of the State
government, which office was
created by the Legislature of
which the Legislator was a
member.

We have for acknowledgement your letter of July 28, 1941, which reads as follows:

"May a member of the Legislature lawfully accept and hold an office in the Executive Department of the State Government, in an administrative capacity, where the money to pay the salary incident to the office was appropriated by a Legislature of which said person was an active and participating member, - the office having been created and established, so far as a creation and establishment ever came about, by said same Legislature of which said member was an active and participating member?"

You refer us to no particular fact situation, but it seems the question which you desire to ask may be stated as follows:

"May a member of the Legislature lawfully accept and hold an office in the Executive Department of the State Government, which office was created by the Legislature of which said Legislator was a member?"

Article 3, Section 18, of the State Constitution, reads in part as follows:

"No Senator or Representative shall, during the term for which he may be elected, be eligible to any civil office of profit under this State, which shall have been created, or the emoluments of which may have been increased during such term; . . ."

It is apparent from a casual reading of this section of the Constitution that, during the term for which the Legislator may be elected, he cannot accept and hold a civil office of profit under this State, if such office has been created, or if the emoluments of the office shall have been increased, during the term for which the Legislator was elected. Conversely, his ineligibility, in such circumstances, extends throughout the term for which he has been elected, but not beyond that term.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By:  /s/ R. W. Fairchild
     R. W. Fairchild
         Assistant

RWF:fs:ds

APPROVED AUG 1, 1941

/s/ Grover Sellers

FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED OPINION
COMMITTEE BY /s/ B.W.B.
CHAIRMAN